THOMAS A. JOHNSON, SBN 119203
KRISTY M. KELLOGG, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> STEVE SUBAL SMITH, <br> Defendant | ) Case No. 2:17-mj-00209-CKD <br> ) <br> ) <br> ) STIPULATION AND [PROPOSED] <br> ) ORDER <br> ) <br> ) Date: 12/26/17 <br> ) Time: 2:00 p.m. <br> ) Judge: Deborah Barnes <br> ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for December 26, 2017, at 2:00 p.m. is continued to January 5, 2018, at 2:00 p.m. before the Honorable Caroline K. Delaney pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).

It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d). The parties further stipulate that the ends of justice are served by the Court excluding time from December 26, 2017, to January 5, 2018, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel was recently retained and is unavailable on the currently set preliminary hearing date. The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

DATED: December 20, 2017      By:    /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Steve Subal Smith

DATED: December 20, 2017               PHILLIP TALBERT
                                                              United States Attorney

                                       By:    /s/ Rosanne Rust
                                                        ROSANNE RUST
                                                        Assistant U.S. Attorney

## **ORDER**

    **IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for December 26, 2017, is continued to January 5, 2018. It is further ORDERED that the time under the Speedy Trial Act between today's date and January 5, 2018, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel. For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through January 5, 2018.

Dated: December 20, 2017

                                                              DEBORAH BARNES
                                                              UNITED STATES MAGISTRATE JUDGE